```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  CARLOS GARCIA-MONCISVAIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-311 GEB |
|         Plaintiff, ) | STIPULATION AND ORDER |
|    v. ) | |
| CARLOS GARCIA-MONCISVAIS, ) | Date: September 30, 2005 |
| ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Garland E. Burrell |
|         Defendant. ) | |

_____

It is hereby stipulated between the parties, Matthew Segal, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant ROMMEL SANTOS, in the interest of justice propose the following:

It is agreed that the current Status Conference date of September 23, 2005 be vacated, and that a new Status Conference date of September 30, 2005 at 9:00 a.m. be set. It is further agreed that time from the date of this stipulation to and including September 30, 2005, is excluded from computation of time within which the trial of this matter must be commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

///

///

     The continuance is requested because defense counsel will be receiving the plea offer and will need time to explain the plea offer, in spanish, to Mr. Garcia.  Additionally, defense counsel will be out of state on September 23, 2005.

Dated: September 22, 2005

                                        Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender


                                        _/S/ Linda Harter_____
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ROMMEL SANTOS


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:_____          By:__/s/ Matthew Segal_____
                                      MATTHEW SEGAL
                                        Assistant U.S. Attorney


Stipulation and order\Garcia-Moncisvairs (Cr-S-05-311)

2

1
2
3 **ORDER**
4
5    Based on the stipulation of the parties, the Court finds that
6 failure to grant a continuance would deny counsel for the defendant
7 reasonable time necessary for effective preparation taking into account
8 due diligence.  The Court finds that the ends of justice are best
9 served by granting this continuance and that those interests outweigh
10 the interests of the public and the defendant in a speedy trial.  Time
11 is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv)
12 and Local Code T4 from September 8, 2005 up to the date of the Status
13 Conference of September 23, 2005 at 9:00 a.m.
14
15    **IT IS SO ORDERED.**
16 Dated:   September 22, 2005
17
18                             /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
19                              United States District Judge
20
21
22
23
24
25
26
27
28

3