```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LINDA HARTER, Bar # 179741
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CARLOS GARCIA-MONCISVAIS

 7
                      IN THE UNITED STATES DISTRICT COURT
 8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10  UNITED STATES OF AMERICA,      )  No. CR-S-05-311 GEB
                                   )
11              Plaintiff,         )
                                   )  STIPULATION AND ORDER
12        v.                       )
                                   )
13  CARLOS GARCIA-MONCISVAIS,      )  Date: October 28, 2005
                                   )  Time: 9:00 A.M.
14                                 )
                                   )  Judge: Hon. Garland E. Burrell
15              Defendant.         )

16  _____
```

17      It is hereby stipulated between the parties, Matthew Segal, Assistant

18 United States Attorney, attorney for Plaintiff, and Linda Harter, attorney

19 for defendant CARLOS GARCIA-MONCISCAIS in the interest of justice propose

20 the  following:

21      It is agreed that the current Status Conference date of October 21,

22 2005 be vacated, and that a new Status Conference date of October 28, 2005

23 at 9:00 a.m. be set.  It is further agreed that time from the date of this

24 stipulation to and including October 28, 2005, is excluded from computation

25 of time within which the trial of this matter must be commenced pursuant to

26 U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

27 ///

28 ///

The continuance is requested because Ms. Harter will be out of town conducting an investigation on another case on this date.

Dated: October 20, 2005

                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender

                                  /S/ Linda Harter
                                  LINDA HARTER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  CARLOS GARCIA-MONCISVAIRS

                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated:_____        By:__/s/ Matthew Segal_____
                                  MATTHEW SEGAL
                                  Assistant U.S. Attorney

Stipulation and order\Garcia-Moncisvairs (Cr-S-05-311)

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence. The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv) and Local Code T4 from October 21, 2005 up to the date of the Status Conference of October 28, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: October 21, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

3