```
QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CARLOS GARCIA-MONCISVAIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-05-311 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| CARLOS GARCIA-MONCISVAIS, | ) | Date: November 18, 2005 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

_____

It is hereby stipulated between the parties, Matthew Segal, Assistant United States Attorney, attorney for Plaintiff, and Linda Harter, attorney for defendant CARLOS GARCIA-MONCISCAIS in the interest of justice propose the following:

It is agreed that the current Status Conference date of November 4, 2005 be vacated, and that a new Status Conference date of November 18, 2005 at 9:00 a.m. be set. It is further agreed that time from the date of this stipulation to and including November 18, 2005, is excluded from computation of time within which the trial of this matter must be commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code T4.

///

///

1    The continuance is requested because Ms. Harter will be out of
2 state on this date and unavailable for court.
3 Dated: October 31, 2005
4                                         Respectfully submitted,
5                                         QUIN DENVIR
                                          Federal Defender
6
7
                                          _/S/ Linda Harter_____
8                                         LINDA HARTER
                                          Assistant Federal Defender
9                                         Attorney for Defendant
                                          CARLOS GARCIA-MONCISVAIRS
10
11                                        MCGREGOR W. SCOTT
                                          United States Attorney
12
13 Dated: October 31, 2005              By:__/s/ Matthew Segal_____
                                          MATTHEW SEGAL
14                                        Assistant U.S. Attorney
15
   Stipulation and order\Garcia-Moncisvairs (Cr-S-05-311)
16

**ORDER**

Based on the stipulation of the parties, the Court finds that failure to grant a continuance would deny counsel for the defendant reasonable time necessary for effective preparation taking into account due diligence.  The Court finds that the ends of justice are best served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial.  Time is therefore excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B)(iv) and Local Code T4 from November 4, 2005 up to the date of the Status Conference of November 18, 2005 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:   November 2, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

3